IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KRISTI HUFFMAN, individually and on )
behalf of all others similarly situated )
)
      Plaintiff )
v. ) Case No. 3:15-cv-01252-TJC-MCR
)
NATIONSTAR MORTGAGE HOLDINGS, INC. )
)
      Defendant. )

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff, KRISTI HUFFMAN, by and through her undersigned counsel, and hereby provides notice that Plaintiff and Defendant, NATIONSTAR MORTGAGE HOLDINGS, INC., have reached a resolution of the dispute that is the subject of this lawsuit. The parties are presently formalizing the terms of that resolution into a written settlement agreement and will file an appropriate notice of dismissal (anticipated within 45 days) upon the completion of certain obligations set forth in their agreement.

/s/ Max Story, Esquire
MAX STORY, ESQ.
Florida Bar: 0527238
328 2nd Avenue North, Suite 100
Jacksonville Beach, FL 32250
Telephone: (904) 372-4109
max@storylawgroup.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2016, I electronically filed the foregoing with Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/ Max Story, Esquire
Florida Bar No. 527238