UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KRISTI HUFFMAN, individually and
on behalf of all others similarly
situated,

    Plaintiff,

v.                                  Case No. 3:15-cv-1252-J-32MCR

NATIONSTAR MORTGAGE
HOLDINGS, INC.,

    Defendant.

## **O R D E R**

Upon review of the Joint Stipulation for Dismissal with Prejudice (Doc. 17), filed on June 2, 2016, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of June, 2016.

TIMOTHY J. CORRIGAN
United States District Judge

ab
Copies:

Counsel of record